In the Matter of the Application of the BOARD OF SUPERVISORS OF THE COUNTY OF CHAUTAUQUA, Respondent, for the Appointment of Commissioners to Ascertain the Compensation to Be Made to Owners and Parties Interested in Lands to Be Taken for Highway Purposes.

CATHERINE GENS, Appellant.

*Matter of Bd. Supervisors, Chautauqua Co. (Gens)*, 166 App. Div. 967, affirmed.

(Argued January 7, 1916; decided January 25, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 15, 1915, which affirmed an order of the Chautauqua County Court confirming the report of commissioners in condemnation proceedings.

*Herman J. Westwood* and *Louis G. Monroe* for appellant.

*William S. Stearns* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.